**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY R. RYLAND,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DIRECTOR OF BUREAU OF PRISONS,<br><br>　　　　　Respondent. | No. 1:23-CV-1171-WBS-SKO<br><br><br><br>ORDER |

　　　　Petitioner, a prisoner proceeding pro se, brings this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On August 10, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

　　　　In reviewing the findings and recommendations the court makes no determination as to whether the facts alleged in the petition would support a claim for relief under <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). However, the court does concur with the Magistrate Judge's analysis to the extent that it concludes that a habeas corpus proceeding is not the proper mechanism for petitioner challenge the conditions of

his confinement and that this is not a proper case to convert petitioner's habeas petition into a civil action for damages or injunctive relief.

          Accordingly, IT IS HEREBY ORDERED as follows:

          1.     The findings and recommendations filed August 10, 2023, ECF No. 5, are adopted insofar as consistent with this Order.

          2.     This action is DISMISSED without prejudice.

          3.     The Clerk of the Court is directed to enter judgment and close this file.

Dated: July 19, 2024

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE